# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION AT MEMPHIS

| | | |
|---|---|---|
| **KILLER JOE NEVADA, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **No. 13-2528-STA-dkv** |
| | ) | |
| **DOES 1-12,** | ) | |
| | ) | |
| **Defendants.** | ) | |

| | | |
|---|---|---|
| **KILLER JOE NEVADA, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **No. 13-2529-STA-dkv** |
| | ) | |
| **DOES 1-10,** | ) | |
| | ) | |
| **Defendants.** | ) | |

| | | |
|---|---|---|
| **KILLER JOE NEVADA, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **No. 13-2530-STA-dkv** |
| | ) | |
| **DOES 1-13,** | ) | |
| | ) | |
| **Defendants.** | ) | |

| | | |
|---|---|---|
| **KILLER JOE NEVADA, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13-2531-STA-dkv |
| | ) | |
| **DOES 1-14,** | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| **KILLER JOE NEVADA, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13-2532-STA-dkv |
| | ) | |
| **DOES 1-46,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER REQUIRING STATUS REPORT

On October 22, 2013, pursuant to an Order of Reference (D.E. # 10), the Magistrate Judge entered an Order (D.E. # 11) granting Plaintiff Killer Joe Nevada LLC's ("Plaintiff") Motions to serve expedited discovery on non-party ISPs before a Rule 26(f) conference. The order required Plaintiff to serve a copy of the Order and a Rule 45 subpoena requesting each subscribers name, address, telephone number, email address, and Media Access Control address on each of the ISPs listed in Plaintiff's five complaints. The Order also set forth deadlines for the ISPs to serve the subpoenas on the subscribers and for the subscribers to respond.

No further activity has taken place in this case since the Magistrate Judge entered her Order. Therefore, the Court orders Plaintiff to submit a Status Report to the Court within 10 days of entry of this Order informing the Court the steps that have been taken up to this point, what additional information Plaintiff requires, and what additional steps Plaintiff needs to take before it will be ready for a Rule 16(f) Conference.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: March 19, 2014